```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8|10|09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                    :
LOGISTICA HOLDING LIMITED,          :
                                    :
                        Plaintiff,  :
                                    :         **ORDER**
              - against -           :
                                    :         09 Civ. 1599 (DC)
OJSC RAZGULAY GROUP OF RUSSIA       :
et al.,                             :
                                    :
                        Defendants. :
- - - - - - - - - - - - - - - - - -x

**CHIN, District Judge**

       The order of attachment issued in this case was vacated for the reasons stated on the record by Judge Crotty (Part I) on August 5, 2009. Accordingly, the complaint is dismissed. The Clerk of the Court shall close this case.

       SO ORDERED.

Dated:    New York, New York
           August 10, 2009

                                        DENNY CHIN
                                        United States District Judge